# United States Court of Appeals
## For the First Circuit

No. 24-1177

DAMILARE SONOIKI,

Plaintiff - Appellant,

v.

HARVARD UNIVERSITY; HARVARD UNIVERSITY BOARD OF OVERSEERS; THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendants - Appellees.

**NOTICE**

Issued: April 30, 2025

    This is to advise you, pursuant to Fed. R. App. P. 34(b), that this case will be submitted on the briefs without oral argument.

                                       Anastasia Dubrovsky, Clerk

cc:
Apalla U. Chopra
David Z. Cohen
Anton Metlitsky
Rebecca Morgan O'Brien
Damilare Sonoiki
Victoria L. Steinberg