# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DAMILARE SONOIKI,

#### Plaintiff – Appellant,

v.

# HARVARD UNIVERSITY; HARVARD UNIVERSITY BOARD OF OVERSEERS; THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE.

### Motion for Leave to File Second Supplemental Appendix Under Seal

Pursuant to Federal Rule of Appellate Procedure 27 and First Circuit Local Rule 11.0(c)(2), Appellant Damilare Sonoiki respectfully moves for leave to file his Second Supplemental Appendix under seal. In support of this motion, Appellant states as follows:

1. Appellant seeks to file a Second Supplemental Appendix containing materials from discovery that are relevant to the issues on appeal and necessary for this Court's understanding of the case.

2. Harvard desired that discovery materials be kept confidential and thus far all discovery materials have been confidential to protect the privacy of individuals involved in Harvard's disciplinary proceedings as well as to maintain the secrecy of Harvard's disciplinary process.

3. The Second Supplemental Appendix contains confidential information produced during discovery.

4. The privacy interests justify filing these materials under seal.

WHEREFORE, Appellant respectfully requests that this Court grant leave to file the Second Supplemental Appendix under seal.

Respectfully submitted,

/s/ Damilare Sonoiki

7627 Aimua Ct.
Houston, TX 77083
281-389-7519
damilare.sonoiki@gmail.com

April 20, 2025

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2025, I served a true and correct copy of this Motion for Leave to File Under Seal on all parties or their counsel of record through electronic filing.

/s/ Damilare Sonoiki

C6A

ORIGIN ID:NQIA (281) 389-7519
DAMILARE SONOIKI

7627 AIMUA CT

HOUSTON, TX 77083
UNITED STATES US

SHIP DATE: 21APR25
ACTWGT: 0.10 LB
CAD: 6571258/ROSA2630

TO JOHN JOSEPH MOAKLEY U.S COURTHOUSE
CLERK OF COURT
1 COURTHOUSE WY

BOSTON MA 02210
(617) 748-9067
INU:                REF:
PO:                 DEPT:

FedEx
Express

**E**

TRK# 8806 9031 2852
0201

WED – 23 APR 5:00P
** 2DAY **

02210
MA-US BOS

Envelop

RECYCLE m SS BVYA



4213 WED 04/23 07:33
1 COURTHOUSE WAY

02210-3002-99
BOSTON,MA

605-2099
ETP: 2    SP:PD:100:Y    880690312852

Part # 156297-435 RRDB2 BP 03/26